Ira N. HINCKLEY, Collector of Internal Revenue, District of Utah, v. GUNNISON SUGAR COMPANY.

No. 2720.

Circuit Court of Appeals, Tenth Circuit.

Nov. 15, 1943.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Dan B. Shields, U. S. Atty., of Salt Lake City, Utah, for appellant.

G. A. Marr, of Salt Lake City, Utah, for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment reversed and cause remanded pursuant to stipulation of the parties with instructions to dismiss the complaint.

KERBOW & BRITTON, a Copartnership Composed of W. D. Kerbow and A. D. Britton, v. Hoxie ANDERSON, Executor of Estate of Charles Anderson, Deceased, et al.

No. 2768.

Circuit Court of Appeals, Tenth Circuit.

Dec. 7, 1943.

Williams & Williams, of Ardmore, Okl., for appellants.

Earl Q. Gray and William G. Davisson, both of Ardmore, Okl., for appellees.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on authority of Southern Pacific Co. v. Klinge, 10 Cir., 65 F. 2d 85.

KINGWOOD OIL COMPANY v. Melissa HARJO, Administratrix, etc., et al.

No. 2581.

Circuit Court of Appeals, Tenth Circuit.

Dec. 21, 1943.

D. A. Richardson and Earl Pruet, both of Oklahoma City, Okl., for appellant.

Charles B. Rogers, of Tulsa, Okla., Wm. Gulager, of Muskogee, Okl., and Allen G. Nichols, of Wewoka, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

MARS, Incorporated, Petitioner, v. Hon. John Caskie COLLET, District Judge.

No. 12750.

Circuit Court of Appeals, Eighth Circuit.

Nov. 4, 1943.

Claude R. Miller and Robert B. Holland, both of Dallas, Tex., Leo B. Parker, of Kansas City, Mo., and Strasburger, Price, Holland, Kelton & Miller, of Dallas, Tex., for petitioner.

Jerome Walsh, Dist. Atty., Office of Price Administration, of Kansas City, Mo., for respondent.

PER CURIAM.

Motion of petitioner for leave to file petition for writ of mandamus denied, and motion of petitioner to stay proceedings in District Court denied.